**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02574-WYD-BNB

APRIL SAMUELS,

    Plaintiff,

v.

FEINER & TRINH INTERNATIONAL, LLC, d/b/a/ Deli Zone,
ROD FEINER, and
TOAN TRINH,

    Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference, and a case schedule was established. At the scheduling conference, defendant Rod Feiner moved orally for an extension of time and the plaintiff moved for the entry of default against the defendants. I made rulings on the record concerning the oral motions, which are incorporated here. For the reasons stated on the record this afternoon,

IT IS ORDERED:

(1)     Mr. Feiner's oral motion for extension of time is DENIED;

(2)     The plaintiff's oral motion for the entry of default is DENIED; and

(3)     Mr. Feiner shall file an amended answer on or before **January 24, 2011**.

Dated January 13, 2011.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge