**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02574-WYD-BNB

APRIL SAMUELS,

    Plaintiff,

v.

FEINER & TRINH INTERNATIONAL, LLC, d/b/a/ Deli Zone,
ROD FEINER, and
TOAN TRINH,

    Defendants.

_____

**ORDER**
_____

    This matter arises on the plaintiff's **Motion to Compel Disclosures** [Doc. #48, filed 05/18/2011] (the "Motion to Compel"). The Motion to Compel is GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART.

    The plaintiff seeks an order compelling the defendants to make their initial disclosures as required by Rule 26(a), Fed. R. Civ. P. With exceptions that are not applicable here, "[a] party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference . . . ." Fed. R. Civ.     P. 26(a)(1)(C). The plaintiff states that the parties held a Rule 26(f) conference on December 13, 2010. Therefore, the defendants were required to make their initial disclosures on or before January 6, 2011.

    The plaintiff asserts that the defendants have not made any Rule 26(a) disclosures. I ordered the defendants to respond to the plaintiff's Motion to Compel on or before June 8, 2011.

The defendants did not respond to the Motion to Compel and have not otherwise demonstrated compliance with Rule 26(a).

"If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions." Fed. R. Civ. P. 37(a)(3)(A). The plaintiff's request for an order compelling the disclosures is granted.

The plaintiff also seeks an award of reasonable attorneys' fees incurred in filing the Motion to Compel. If a motion to compel is granted, "the court must, after giving an opportunity to be heard, require the party . . . whose conduct necessitated the motion . . . to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." Fed. R. Civ. P. 37(a)(5). "[A] motion for attorney fees shall be supported by one or more affidavits." D.C.COLO.LCivR 54.3A. The motion shall include for each person for whom fees are claimed (1) "a detailed description of the services rendered, the amount of time spent, the hourly rate, and the total amount claimed"; and (2) "a summary of relevant qualifications." D.C.COLO.LCivR 54.3B. The plaintiff has not demonstrated compliance with D.C.COLO.LCivR 54.3B. Accordingly,

IT IS ORDERED that the Motion to Compel is GRANTED insofar as it seeks an order compelling the defendants to make their Rule 26(a) disclosures. The defendants shall make the disclosures on or before **August 15, 2011**.

IT IS FURTHER ORDERED that the Motion to Compel is DENIED WITHOUT PREJUDICE to the extent it seeks an award of attorney fees, subject to compliance with Local Rule 54.3.

Dated July 28, 2011.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge