IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02574-WYD-BNB

APRIL SAMUELS,

Plaintiff,

v.

FEINER & TRINH INTERNATIONAL, LLC, d/b/a Deli Zone, a Colorado corporation,
ROD FEINER, and
TOAN TRINH,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the defendant Rod Feiner's **Motion for Dismissal Civil Case Mentioned Above; April Samuels v. Rod Feiner** [62],

IT IS ORDERED that this filing is construed as a response to plaintiff's Motion for Summary Judgment on Plaintiff's Title VII Claim and Incorporated Legal Brief [61]. The Clerk of the Court is to correct the docket to reflect this not as a motion, but as a response.

IT IS FURTHER ORDERED that the defendants may file supplemental responses to the Motion for Summary Judgment on Plaintiff's Title VII Claim and Incorporated Legal Brief [61] on or before **September 29, 2011**. Plaintiff has fourteen (14) days after the filing of the response to file a reply.


DATED: September 14, 2011