IN THE UNITED STATED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02574-RBJ-BNB

APRIL SAMUELS,

   Plaintiff,

v.

Rod Feiner

   Defendant

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 8 2011

**GREGORY C. LANGHAM**
**CLERK**

10/10/11

REPLY IN DENIAL OF MOTION FOR SUMMARY JUDGEMENT, AND MOTION TO END THE PRACTISE OF
BELL & POLLOCK, ATTORNEY'S AT LAW PLUS DEFENDANT COMPENSATION.

ROOM A-708 JUDGE JACKSON

COMES NOW, The defendant Rod Feiner asks the District Court of Colorado to once again throw this
case out, deny Bell & Pollock from practicing law in the future, and requests damages even as the
defendant for damages done from this outrageous case without a shred of evidence.
   Dear Judge Jackson, This is becoming absurd. I am not an attorney, and can't recite former cases
which show any relevant similarities; however I am an innocent man who has a clean record. I have
never been sued for sexual harassment, hostile work environment, or anything close to these false
allegations. I have been a member of the Niwot community, and both my wife and I help out with both
of our two younger kid's classes frequently.   We are also good friends with the principal Mike keppler
whom has seen our four children go through his school system. I do not have any former charges on my
record, and have nothing to lose financially, but this is so wrong...it is almost criminal.
   I understand that anyone can sue anybody for anything in today's day, but there is no evidence
whatsoever against Trinh or myself from the Plaintiff's. This is why the plaintiff's keep desperately
requesting a settlement from us as they know a win in a trial is not possible. The constitution states that
we are innocent until proven guilty. There is no proof at all against us as nothing inappropriate ever
happened at our Deli Zone store. Neither Trinh nor I admitted guilt to any of Ms. Samuels false
accusations.   In addition to being good friends for many years with the major of Longmont ,Major
Baum, Katie Witt (who is also a friend of many years and on the city council for Longmont) plans on
meeting with my wife of 15 years Shawna and I after this outcome to decide what is our best option).  I
have no money again, so my concerns are not losing anything financially, rather that this case is so
unjust and has caused much damage to my family.
   My wife and I have been to human resources in Longmont, and have been advised to wait until the
result is completed with this case.  They will block any future garnishments approaching anywhere near
the maximum 25% as my wife is a full time student if a guilty verdict is decided with no proof, and my
income barely covers our bills at this time. The only other option for us to do is declare chapter 7, as
there is no equity in our home and it is our primary residence. The problem is that I shouldn't even have

to worry about my worst case scenarios as none of these charges are true. I am more than willing to take a polygraph so long as Ms. Samuels does so right along side of me. The truth will be told.

Why wait four years to sue Trinh and I if any of these false allegations ever occurred? Ms. Samuels is a liar, and only seeking money which will never come from me one way or another. I request that this case is dropped, Bell & Pollock are no longer allowed to continue practicing law as obviously they are dishonest, and request financial damages paid to the defendant for the time and stress endured in this ridiculous case. They have wasted tax payer money, and I am certain cannot even look themselves in the mirror anymore. My Father passed away last summer, my wife's Grandmother died just last week, and this is stress for something that never occurred. I hope you truly see what is justice, and what has happened here...At scheduling, I witnessed Mr. Pollock grab his head when he found out that Trinh and I no longer owned deli zone. They were simply after money, crooked, and made up these allegations without a shred of evidence just to gain unjust money. Karma will come back and I will be smiling as I know the truth as well as the lord, and I honestly hope you do not have to live with this on your conscious.

In conclusion, the only way they could reach any sort of settlement is through a technicality which did not even happen from me. I answered every question, and denied on several occasions any wrong doing. Nothing was hostile about the way we ran our store, and I did not ever sexually harass Ms. Samuels. She is about 15 years older than me, and I do not find her attractive in anyway shape or form. If a jury saw her compared to her to my wife, it would be a very quick trial. I am fully aware of the way the court system works, but I also am a man of faith and know either justice will prevail or god will strike down with revenge. The world has a strange way of making itself right!

I do apologize for taking your time in reading my letter, but I felt I needed to tell you the truth. Please check her public records and you will see that Ms. Samuels has been trying to sue everyone in her sight for years to forego making an honest living. She should be in prison, and bell & Pollock should be barred from practicing law ever again as they are crooks and liars. I admit none of these wrongful allegations.

SINCERELY,

ROD FEINER

_Rod Feiner_      _10/16/11_