IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: March 19, 2012
Court Reporter:    Kara Spitler

Civil Action No. 10-cv-02574-RBJ-BNB

*Parties*:                              *Counsel*:

APRIL SAMUELS,                          Kevin M. Carlock
                                        Robert J. Leonard
        Plaintiff,

v.

ROD FEINER, and                         Pro Se
TOAN TRINH,                             Pro Se

        Defendants.

# COURTROOM MINUTES

**HEARING:   STATUS/ SCHEDULING CONFERENCE**
**Court in session:      1:30 p.m.**

Court calls case. Appearances of counsel. Defendants appear Pro Se.

Discussion regarding pending Motion for Summary Judgment on Plaintiff's Title VII Claim and Incorporated Legal Brief #[61].

Plaintiff addresses the Court regarding the disclosure date.

Defendant Feiner advises the Court he did not receive any information regarding the due date for disclosures nor did he receive the Order #[83].

Court addresses the defendants regarding disclosures, including the due date for disclosures as indicated in Order #[83].

Parties address the Court regarding request for admissions.

**ORDERED:**   Disclosures must be made no later than **March 29, 2012.**

**ORDERED:**   Both sides must exchange a list of witnesses and exhibits as provided by Rule 26(a)(3) of the Federal Rules of Civil Procedure no later than **May 25, 2012.**

**ORDERED:**   The Motion for Summary Judgment on Plaintiff's Title VII Claim and Incorporated Legal Brief #[61] is DENIED.

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **June 1, 2012 at 1:30 p.m.** before the Honorable R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Parties should be prepared to address witness lists, exhibit lists, jury instructions, trial procedures and any other pretrial matters at this proceeding.

**JURY TRIAL** is set for **July 23, 2012 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Evidence presented at the jury trial will be used to determine damages pursuant to Order #[83].

Court advises the parties on courtroom procedures.

HEARING CONCLUDED.
**Court in recess:       2:18 p.m.**
Total time in court:    00:48