IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02574-RBJ-BNB

APRIL SAMUELS,

    Plaintiff,

v.

FEINER & TRINH INTERNATIONAL, LLC, D/B/A/ DELI ZONE;
ROD FEINER; and
THE TOAN TRINH

    Defendants.

---

**PLAINTIFF'S NOTICE OF OBJECTION TO THE AUTHENTICITY OF DEFENDANTS' TRIAL EXHIBITS**

---

COMES NOW, the Plaintiff, April Samuels, by and through her counsel, Bell & Pollock, P.C., and hereby Objects to the Defendants' Exhibits and in support thereof, states as follows:

1. On June 1, 2012, the Court entered an Order waiving the Final Pre-Trial Order. Plaintiff would normally advise the Court on her position concerning the authenticity of the Defendants' trial exhibits in the final pre-trial order.

2. Defendants are *pro se*. Plaintiff has sent the Defendants several letters concerning exhibits without any response.

3. Only Defendant Trinh provided any exhibits. Mr. Trinh provided Exhibits A through H, listed in the attached Exhibit List. The Plaintiff objects to the authenticity of Defendants Exhibits A through H.

4. Defendant Feiner has no produced or offered any exhibits.

Respectfully submitted this 17th day of July, 2012.

                                          BELL & POLLOCK, P.C.
                                        *(Original Signature on file at Bell & Pollock, P.C.)*
                By:     /s/ Robert J. Leonard
                        Robert J. Leonard, Esq.
                        *ATTORNEY FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE/MAILING**

I do hereby certify that on this 17th day of July, 2012, I e-filed, via ECF/Pacer, a true and correct copy of the foregoing, **PLAINTIFF'S NOTICE OF OBJECTION TO THE AUTHENTICITY OF DEFENDANTS' TRIAL EXHIBITS**, and was also placed in the United States mails, U.S. First-Class Mail, addressed to the following:

*Via US Mail:*
Feiner & Trinh International, LLC
2326 Eagleview Circle
Longmont, Colorado 80504

*Via US Mail:*
Rod Feiner
2326 Eagleview Circle
Longmont, Colorado 80504
*PRO SE DEFENDANT*

*Via US Mail:*
Toan Trinh
13710 Cook Street
Thornton, Colorado 80602
*PRO SE DEFENDANT*

                                      *(Original Signature on File at Bell & Pollock, PC)*

                                      *[s] Christina Johnston*
                                      Christina Johnston, Paralegal