IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02574-MEH

APRIL SAMUELS,

      Plaintiff,

v.

ROD FEINER and
TOAN TRINH,

      Defendants.

---

# JUDGMENT

---

**Michael E. Hegarty, United States Magistrate Judge**.

This matter came on regularly for trial on July 23, 2012, before the Honorable Michael E. Hegarty, Magistrate Judge presiding, before a duly sworn panel of eight (8).

During the trial, on the Court's own initiative, pursuant to Fed. R. Civ. P. 50, the Court found that there was no claim of outrageous conduct against Defendant The Toan Trinh. Therefore, it is

    **ORDERED** that the case is dismissed as to **Defendant The Toan Trinh only.**

The trial proceeded to conclusion against **Defendant Rod Feiner** and the jury rendered its verdict as follows:

SECTION I : <u>Liability</u> - With regard to Plaintiff's claims for intentional infliction of emotional distress ("outrageous conduct"), we find as follows:

    Do you find the Plaintiff has proven by a preponderance of the evidence that Defendant Rod Feiner engaged in extreme and outrageous conduct against Plaintiff?

    ANSWER: Yes: __✗__    No _____

If you answered "No" to the question in Section I, then you have found for the Defendant and you may proceed to sign and date the verdict form at the end. However, if you have answered "Yes" to the question in Section I, please proceed to answer the questions in Section II.

SECTION II - Damages

Again, complete this section only if you answered "Yes" to the question in Section I. After you complete this section, proceed to sign and date the verdict form at the end.

1. What is the total amount of the Plaintiff's economic damages, if any? Economic damages are those losses described in Instruction 18. You should answer "0" if you determine there were none.

    $ 25,000

2. What is the total amount of the Plaintiff's noneconomic damages, if any? Noneconomic damages are those losses described in Instruction 18. You should answer "0" if you determine there were none.

    $ 35,000

3. What is the total amount of punitive damages to be assessed against the Defendant, if any? Punitive damages are described in Instruction 20. You should answer "0" if you determine there were none.

    $ 0

Accordingly, IT IS ORDERED that judgment is entered in favor of Plaintiff, April Samuels, and against Defendant, Rod Feiner. The Plaintiff shall have her costs to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 3rd day of August, 2012.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

By  s/Edward P. Butler
    Edward Butler
    Deputy Clerk

APPROVED:

Michael E. Hegarty
United States Magistrate Judge